1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON E. GALLOWAY, | CASE NO. 1:07-cv-01686-LJO-GSA PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| v. | |
| P. WATSON, | (Doc. 9) |
| Defendant. | |
| _____/ | |

Plaintiff Milton E. Galloway ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 8, 2008, Plaintiff filed a motion seeking a thirty-day extension of time to file an amended complaint in compliance with the Court's order of June 5, 2008.

Plaintiff's motion for a thirty-day extension of time to file an amended complaint is HEREBY GRANTED.


IT IS SO ORDERED.

   Dated:    **July 29, 2008**          _____
                                             **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE